UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 1287227

FILED BY __PG__ D.C.

MAY 22 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

__Demetris Antione Robinson__
(Write the full name of the plaintiff)

vs. __Sheriff Gregory Tony__

cat / div __550/1983/FTL__
Case # _____
Judge _____ Mag __REID__
Motn Ifp __YES__ Fee pd $ __0__
Receipt # _____

_____
(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: __Demetris Antione Robinson__

   Address: __P.O. Box 407037__
   __Fort. Lauderdale, Florida 33340__
   Inmate/Prison No.: __571900412__

   _Year_ of Birth: __1980__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __Gregory Tony__       Defendant: _____

   Official Position: __Sheriff__     Official Position: _____

   Place of Employment: __Broward Sheriff Office__  Place of Employment: _____

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)



## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I've been incarcerated since January 25, 2019 and upon my arrest and throughout my incarceration I've been in perfect health condition other than the condition of my mental illness. I've taken physicals such as thorough blood test that would bare witness of my health condition. Due to careless action and bad judgement based upon the decision and governing of the chief in commander Sheriff Gregory Tony my life has been placed in harm's way seeing as to where the coronavirus covid-19 poses a threat to my health. I've filed a complaint on a institutional level. Case# 1287227

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Requesting for staff members and etc as well as new arriving inmates to be tested for the coronavirus before being authorized to have contact and to be housed around inmates that's been incarcerated before the coronavirus was exposed to the nation. Due to the possibility of the virus being transmitted into the facility by staff members it has placed a substantial burden upon my mental illness being forced to deny my mental health medication due to physical contact and transaction of medication between staff members and inmates. Testing for staff

MEMBERS AND INMATES SHOULD BE DEEMED PRIORITY

### IV. Jury Demand

Are you demanding a jury trial?  ✓ Yes  ___ No

Signed this __19__ day of __May__, 20__20__

_Demetris Antione Robinson_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __5-19-2020__

_Demetris Antione Robinson_
Signature of Plaintiff



400 NORTH MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING®NUMBER

9?？ 1147 1243 0141 3522 85



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE 8N09
MIAMI, FL 33128-7716

USMS ～～～～CTED

MR DEMETRIS A ROBINSON "51960413"
NORTH BROWARD BUREAU
P.O. BOX 407037 11A1-8
FORT LAUDERDALE, FLORIDA
33340

HANDLE WITH CARE